Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
LundbergECFmail@lundbergfirm.com

Attorneys for Federal National Mortgage Association
L&A Case No. 11-11555

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re:<br><br>Bruce Gilbert McCutcheon and Lisa Diane McCutcheon,<br><br>Debtors. | Bankruptcy No. 11-27943 WTT<br><br>(a Chapter 7 case)<br><br>Filed Electronically |
|---|---|

APPEARANCE OF COUNSEL

Lundberg & Associates enters an appearance on behalf of Federal National Mortgage Association ("Creditor"), a secured creditor in the above-referenced bankruptcy. Please add the following to the mailing matrix:

> Mark S. Middlemas
> Lundberg & Associates
> 3269 South Main Street, Suite 100
> Salt Lake City, UT  84115

DATED: June 30, 2011.

                            LUNDBERG & ASSOCIATES


                            By_____/s/_____
                            Mark S. Middlemas
                            Attorneys for Creditor

## CERTIFICATE OF NOTIFICATION

I certify that on June 30, 2011 I sent a copy of the foregoing Appearance of Counsel, electronically or by first class mail, to each of the following:

                      Bruce Gilbert McCutcheon
                      Lisa Diane McCutcheon
                      163 Main Street South
                      St. George, UT 84770
                            Pro Se Debtors

                      _____/s/_____
                      Mark S. Middlemas