Motion prepared by and presented by:
Bruce Gilbert McCutcheon, pro se
in care of: 163 Main Street South
St. George, UT [84770]
509-730-5465

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2011 JUL -8 AM 9: 51
DISTRICT OF UTAH

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | No. 11-27943 |
| BRUCE GILBERT MCCUTCHEON<br>LISA DIANE MCCUTCHEON | Chapter 7 |
| as Debtors, | |

**OBJECTION TO CLAIM**

On 31 May, 2011 The "debtors" MCCUTCHEON initiated and commenced this Chapter 7 case. On 30 June Kent W. Plott and Mark S. Middlemas have written my name and used my property without permission with their issued APPEARANCE OF COUNSEL. Such was filed by Mark S. Middlemas wherein he makes fraudulent statement that: *"Lundberg & Associates enters on appearance on behalf of Federal National Mortgage Association ("Creditor") , a secured creditor in the above-referenced bankruptcy. Please add the following to the mailing matrix."* etc.

Bruce Gilbert McCutcheon himself objects to this claim for the following reasons:

1- Lundberg & Associates etcetera all; are established on the public record as delinquent debtors in this matter. They now owe the subject estate over NINE MILLION DOLLARS in coin specie. They have made no payments as of filing this motion.

2- Lundberg & Associates etcetera all are found in collusion of fraud and consenting to judgement relative to this instant matter.

3- It is an impossibility in law for Lundberg & Associates etcetera all; being insolvent in this matter, to represent any party whatsoever here. They have no standing at this time above being Libelee debtors.

Submitted by the light of truth with all rights ordained reserved∞

The Seventh day of July, In the year of our Lord Twenty Eleven, we sign our acknowledgement of His authority in all things and in this matter of Truth and Justice.

................................................................
Bruce Gilbert McCutcheon, pro se

................................................................
Lisa Diane McCutcheon, pro se

2 of 2