Notice of Hearing called in, prepared by and presented by:
Bruce Gilbert McCutcheon,  pro se
in care of: 163 Main Street South
St. George, UT [84770]
509-730-5465

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 11-27943 |
| | ) | |
| BRUCE GILBERT MCCUTCHEON | ) | Chapter 7 |
| LISA DIANE MCCUTCHEON | ) | |
| | ) | |
| as Debtors, | ) | |
| | ) | |

**NOTICE OF HEARING**

Notice is hereby given that "Debtor'(s)" attached Objection to
Claim and Motion for Order in Contempt,

shall be heard on 22 July, 2011 at 1:30 PM  before the
Honorable  Judge Thurman

Place:  5th District Courthouse in St. George Utah
Room 2 -B

Bruce Gilbert McCutcheon,  pro se

Certificate of Service:

I certify that on 7 July, 2011,  I placed in a United States Post Office mail receptacle,
an addressed and stamped envelope containing a copy of the foregoing Objection to
Claim , Motion for Order in Contempt, and Notice of Hearing to the following parties:

All parties listed on the matrix filed in this case and including the faulted libelee
debtors: Lundberg & Associates in care of Mark Middlemas #9252
3269 South Main Street, Suite 100, Salt Lake City, 84115


Michael F. Thomson  tr
as Interim Bankruptcy Trustee
Durham Jones & Pinegar
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, Utah 84110-4050


UNITED STATES TRUSTEE
405 South Main , Ste  300
Salt Lake City, Utah 84101


Subscribed in St. George Utah pursuant FRCP 11, with all rights reserved ,

Bruce Gilbert McCutcheon,  pro se