**Form 746**[ODSM Installment Not Paid]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Bruce Gilbert McCutcheon and Lisa Diane McCutcheon

        Debtor(s).

Case No. 11–27943 WTT
Chapter 7

## ORDER OF DISMISSAL

    The debtor(s) having failed to comply with the Court's Order Approving Payment of Filing Fee in Installments, it is hereby **ORDERED** that this case be dismissed. Outstanding filing fees are still due and owing to the Court.

Dated and Entered on: July 11, 2011

*William J. Thurman*

United States Bankruptcy Judge  ()

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 11-27943-WTT
Bruce Gilbert McCutcheon                                                   Chapter 7
Lisa Diane McCutcheon
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1088-2              User: clo              Page 1 of 1              Date Rcvd: Jul 11, 2011
                                 Form ID: f746          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2011.
db/jdb      +Bruce Gilbert McCutcheon,    Lisa Diane McCutcheon,    163 Main Street South,
             St. George, UT 84770-3417
aty         +Mark S. Middlemas,    Lundberg & Associates,    3269 South Main Street,    Suite 100,
             Salt Lake City, UT 84115-3773
tr           Michael F. Thomson tr,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    PO Box 4050,
             Salt Lake City, UT  84110-4050
7707839     +ERA MORTGAGE,    9700 Bissonet Street,    Suite #1500,    Houston, TX 77036-8013
7707837     +Intermountain Healthcare,    Patient Financial Services,    P.O. Box 410400,
             Salt Lake City. UT 84141-0400
7707838     +St. George Radiology,    P.O. Box 532,    OREM UT 84059-0532
7761821     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Key Bank,    PO Box 790408,    St. Louis, MO  63179)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: BMFTHOMSON.COM Jul 11 2011 23:53:00     Michael F. Thomson tr,    Durham Jones & Pinegar,
             111 East Broadway, Suite 900,    PO Box 4050,    Salt Lake City, UT  84110-4050
7733620     +EDI: ECAST.COM Jul 11 2011 23:53:00      eCAST Settlement Corporation,    PO Box 35480,
             Newark NJ 07193-5480
                                                                                            TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2011**                    **Signature:**    *Joseph Speetjens*