UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

2011 JUL 14  PM 12: 25

DISTRICT OF UTAH
MAIL

---

In re:
    Bruce Gilbert McCutcheon and Lisa
Diane McCutcheon
             Debtor

Case No. 11-27943 WTT
Chapter 7

---

## PAYMENT ADVICES[1] CERTIFICATION

Under 11 U.S.C. § 521(a)(1)(B)(iv), I[2], **Bruce Gilbert McCutcheon**, hereby state as follows (select one):

   ☐ 1. I have attached hereto, or previously filed with the Court, copies of **all** payment advices or other evidence of payment received from any employer within 60 days before the date of the filing of my bankruptcy petition.

   ☒ 2. I did not receive any payment advices or other evidence of payment at any point during the 60 days before the date of the filing of my bankruptcy petition.

   ☐ 3. I received payment advices from an employer during the 60 days before the date of the filing of my bankruptcy petition but have been unable to locate all of the documents or replacements. I understand that if I do not submit all payment advices or other evidence of payment by **July 15, 2011** (which is 45 days from the filing of my bankruptcy petition), my case will be **automatically dismissed** without further notice or hearing.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Dated this _12_ day of July Year of Our Lord. 2011

_(Signature of Debtor)_ All Rights Reserved

7010 0780 0001 1606 9101

---

1. A "Payment Advice" includes, but not limited to, pay stubs attached to your paycheck, employer's statements of hours and earnings, deposit notifications, etc.

2. A separate form must be submitted by each debtor in a joint case.

**(Mail completed form to: U.S.B.C., 350 South Main Street, Salt Lake City, Utah 84101)**

2

032265

6870403229702O

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

2011 JUL 14 PM 12: 25

DISTRICT OF UTAH
MAIL

In re:

Bruce Gilbert McCutcheon and Lisa
Diane McCutcheon
                    Debtors

Case No. 11–27943 WTT
Chapter 7

## PAYMENT ADVICES[1] CERTIFICATION

Under 11 U.S.C. § 521(a)(1)(B)(iv), I,[2] **Lisa Diane McCutcheon**, hereby state as follows (select one ):

☐  1. I have attached hereto, or previously filed with the Court, copies of **all** payment advices or other evidence of payment received from any employer within 60 days before the date of the filing of my bankruptcy petition.

☑  2. I did not receive any payment advices or other evidence of payment at any point during the 60 days before the date of the filing of my bankruptcy petition.

☐  3. I received payment advices from an employer during the 60 days before the date of the filing of my bankruptcy petition but have been unable to locate all of the documents or replacements. I understand that if I do not submit all payment advices or other evidence of payment by **July 15, 2011** (which is 45 days from the filing of my bankruptcy petition), my case will be **automatically dismissed** without further notice or hearing.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of our knowledge, information and belief.

Dated this _12_ day of _July_ , 20_11_.

_Lisa Diane McCutcheon_
(Signature of Debtor)

---

1. A "Payment Advice" includes, but not limited to, pay stubs attached to your paycheck, employer's statements of hours and earnings, deposit notifications, etc.

2. A separate form must be submitted by each debtor in a joint case.

**(Mail completed form to: U.S.B.C., 350 South Main Street, Salt Lake City, Utah 84101)**

032265                                   6870403229703

9