Motion prepared by and presented by:
Bruce Gilbert McCutcheon, pro se
in care of: 163 Main Street South
St. George, UT [84770]
509-730-5465



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | No. 11-27943 |
| BRUCE GILBERT MCCUTCHEON<br>LISA DIANE MCCUTCHEON | Chapter 7 |
| as Debtors, | |

**MOTION TO VACATE ORDER OF DISMISSAL**

**DEBTORS' do hereby make MOTION in honour that we may move this court to VACATE the ORDER OF DISMISSAL that was filed on 11 July, 2011,**
**For the following reasons:**

**1- DEBTORS' have so far and are continuing, to diligently honour their commitment to this Court and the Public Trust, so that truth in this matter be revealed, that rightful holders in equity be lawfully determined and justice be served.**

2

**2- DEBTORS' are under duress and sorely distracted by actions of others in violations of the automatic stay, to the extent that of necessity, additional difficult papers were created and issued to the Court by DEBTORS' near when the payment was due Court,**

**3- DEBTORS' being not perfect and having no third party help or representation in these matters, do humbly request forgiveness of the Court for their temporary oversight and failure to make timely payment.**

**4- DEBTORS' do herewith provide a good faith offering being both the July and August payments of 92.00 ea. , totaling 184.00 by U.S. Postal Money Order. Payment will not be late again.**

Sincerely this Fifteenth day of July, Year of Our Lord Twenty Eleven

*[signature]*
Bruce Gilbert McCutcheon, pro se

*[signature]*
Lisa Diane McCutcheon, pro se

CERTIFICATE OF SERVICE:   I certify that on this date I did serve a true copy of this motion, by mail on Defendants' attorneys of record, all interested parties of record, and the interim trustee, Mr. Mike Thomson.

Subscribed in St. George, Utah, pursuant to FRCP 11, with all rights reserved on July   15 , 2011.

*[signature]*
Bruce Gilbert McCutcheon, pro se