Notice of Hearing called in, prepared by and presented by:
Bruce Gilbert McCutcheon, pro se
in care of: 163 Main Street South
St. George, UT [84770]
509-730-5465

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | No. 11-27943 |
| BRUCE GILBERT MCCUTCHEON<br>LISA DIANE MCCUTCHEON | Chapter 7 |
| as Debtors, | |

**NOTICE OF HEARING**

Notice is hereby given that "Debtor'(s)" attached **Motion to Vacate Order of Dismissal ,**

shall be heard on 25 August, 2011 at 9:00 AM before the Honorable Judge Thurman

Place: 5th District Courthouse in St. George Utah
Room 2 -B

................................................
Bruce Gilbert McCutcheon, pro se

Certificate of Service:

I certify that on 15, July, 2011, I placed in a United States Post Office mail receptacle, an addressed and stamped envelope containing a copy of the foregoing Motion To Vacate Dismissal with attached Notice of Honourable Intent, and Notice of Hearing to the following parties:

All parties listed on the matrix filed in this case and including the faulted libelee debtors: Lundberg & Associates in care of Mark Middlemas #9252
3269 South Main Street, Suite 100, Salt Lake City, 84115


Michael F. Thomson  tr
as Interim Bankruptcy Trustee
Durham Jones & Pinegar
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, Utah 84110-4050


UNITED STATES TRUSTEE
405 South Main , Ste  300
Salt Lake City, Utah 84101


Subscribed in St. George Utah pursuant FRCP 11, with all rights reserved ,

................................................................
                    Bruce Gilbert McCutcheon, pro se